IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02685-CMA-BNB

EMITA SAMUELS,

Plaintiff,

v.

COLORADO STATE BOARD FOR COMMUNITY COLLEGES AND OCCUPATIONAL EDUCATION,
COLORADO COMMUNITY COLLEGE SYSTEM, and
COMMUNITY COLLEGE OF DENVER,

Defendants.

---

# ORDER

---

This matter arises on the plaintiff's **Unopposed Motion for Leave to File Amended Complaint** [Doc. # 22, filed 2/27/2009] (the "Motion to Amend").

IT IS ORDERED that the Motion is GRANTED, and the Clerk of the Court is directed to accept as filed the Amended Complaint; Demand for Jury [Doc. # 22-2].

IT IS FURTHER ORDERED that the case caption is modified as indicated above.

Dated March 4, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge