IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02685-CMA-BNB

EMITA SAMUELS,

Plaintiff,

v.

COLORADO STATE BOARD FOR COMMUNITY COLLEGES AND OCCUPATIONAL EDUCATION,
COLORADO COMMUNITY COLLEGE SYSTEM, and
COMMUNITY COLLEGE OF DENVER,

Defendants.

_____

## ORDER
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **July 27, 2009**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated June 15, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge